NOTE: CHANGES MADE BY THE COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>EAGLE SECURITY SERVICES, INC. and DOES 1 to 100, inclusive,<br><br>            Defendant. | Case No. 8:19-cv-01859-JLS-KES<br><br>**JUDGMENT** |

On September 3, 2020, the court granted the Motion for Entry of Default Judgment by Plaintiff Zurich American Insurance Company ("Zurich") on its complaint against Defendant Eagle Security Services, Inc. ("Eagle Security") (Doc. 20), and now enters judgment as follows:

Judgment entered in favor of Zurich and against Eagle Security for $154,155.00 in principal damages, $23,104.15 in prejudgment interest, and recoverable costs as established pursuant to Application to the Clerk to Tax Costs filed within fourteen days of entry of judgment per Fed. R. Civ. P. 54 and C.D. Cal. L.R. 54-2 and 54-2.1.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATE:_September 17, 2020_____

_____
HON. JOSEPHINE L. STATON
DISTRICT COURT JUDGE

1